Approved by: _____
     ANDREW ROUCHKA
     Special Assistant United States Attorney

Before: THE HONORABLE MARTIN R. GOLDBERG
    United States Magistrate Judge
    Southern District of New York

19mj5782

- - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA     : MISDEMEANOR
             COMPLAINT
            :
   -v-            Violation of
            :
             NYV&TL 512
JASON E. STARKS       :
            : COUNTY OF OFFENSE:
   Defendant        ORANGE
            :
- - - - - - - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss.:

  CRAIG TRUMBULL, being duly sworn, deposes and says that he is a Court Liaison assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, and charges as follows:

### COUNT ONE

  On or about May 20, 2019, at the United States Military Academy, West Point, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, JASON E. STARKS, the defendant, unlawfully, knowingly and willfully operated a motor vehicle upon a public road while knowing, or having reason to know, that his registration to operate such motor vehicle in New York was suspended, revoked, or otherwise withdrawn by the commissioner, to wit, the defendant was observed operating his motor vehicle at Washington Gate and an investigation revealed that the vehicle's registration had been suspended.

  (New York Vehicle and Traffic Law, Section 512)

• The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am Court Liaison, assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, which is located in the Southern District of New York.

2. On or about May 20, 2019 at approximately 3:30 p.m., MP Officer Martin was conducting random anti-terrorism measure searches at Washington Gate, a vehicle, being driven by the defendant, was selected for a vehicle search. A motor vehicle check revealed that the vehicle registration was suspended.

3. The defendant was issued a District Court Violation Notice for operating while registration or privilege is suspended or revoked (DCVN 8005502/SY10) and was released on his own recognizance.

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

_____
CRAIG TRUMBULL
Court Liaison

Sworn to before me this
19th day of June, 2019

_____
HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York