STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                                    Plaintiff,

                    -against-

Jason E. Starks,

                                    Defendant.

7:19-MJ-5782(MRG)


J U D G M E N T

The issues in the above entitled action having been brought on before the Honorable

Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on October 30,

2019 accepted the defendant's plea of guilty to § 401.1 of the N.Y.V.T.L., Unregistered Vehicle,

in full satisfaction of the Misdemeanor Complaint filed on June 19, 2019, it is,

                    ORDERED, ADJUDGED AND DECREED: that the Defendant, Jason E. Starks,

pay a fine in the amount of $75.00 to the White Plains Clerk's Office; to be paid by November

21, 2019 or appear on November 22, 2019 to explain why the fine has not been paid.


Dated: _Sept 7, 2022_
           Poughkeepsie, N.Y.


                                        SO ORDERED:

                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge